# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DERELL VAUGHN,<br><br>         Petitioner,<br>vs.<br><br>J.S. WOODFORD, DIRECTOR,<br><br>         Respondent. | CASE NO. 06-CV-1483-JM (WMC)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Doc. Nos. 1, 37, 40 |

On August 9, 2011, Magistrate Judge William McCurine, Jr. entered a Report and Recommendation ("R&R") in the above-entitled case that thoroughly and thoughtfully analyzed the Petitioner's claims and recommended denying the writ of habeas corpus. (Doc. No. 37.) Petitioner filed objections to the R&R, restating his previous arguments. (Doc. No. 40.) Having carefully considered the R&R, Petitioner's objections, the record before the court, and the appropriate legal authorities, the court hereby ADOPTS the R&R in its entirety.

Accordingly, the court hereby DENIES the petition for writ of habeas corpus. (Doc. No. 1.)

**IT IS SO ORDERED.**

DATED: April 18, 2011

                        _____
                        Hon. Jeffrey T. Miller
                        United States District Judge