# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Frank Derell Vaughn

V.  **JUDGMENT IN A CIVIL CASE**

J S Woodford, Bill Lockyer

**CASE NUMBER:** 06cv1483-JM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation and denies the petition for writ of habeas corpus.............................................................................................................................................
...........................................................................................................................................................

| April 19, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON April 19, 2011